UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA L. LIVINGSTON,

    Plaintiff,

v.                                      Case No. 8:11-cv-00325

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

NOTICE OF PENDING SETTLEMENT

    Plaintiff, by and through undersigned counsel, hereby files this Notice of Pending Settlement, stating that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                            Respectfully submitted,

                                            /s/ Joseph B. Battaglia
                                            Joseph B. Battaglia, Fla. Bar No.: 0058199
                                            joe@brandonlawyer.com
                                            THE GOLDEN LAW GROUP
                                            808 Oakfield Drive, Suite A
                                            Brandon, Florida   33511
                                            Telephone:  (813) 413-8700
                                            Facsimile:   (813) 413-8701
                                            Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 31st day of August 2011, a true and correct copy of the foregoing has been provided via CM/ECF, to those parties registered to receive such notice.

                                            /s/ Joseph B. Battaglia
                                            Joseph B. Battaglia, Fla. Bar No.: 0058199