UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA L. LIVINGSTON,

    Plaintiff,

v.                                             Case No. 8:11-cv-00325

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the plaintiff, by and through her undersigned counsel, voluntarily discontinuing the above entitled action, and dismissing her Complaint with prejudice.

                                                    Respectfully submitted,

                                                    /s/ Joseph B. Battaglia
                                                    Joseph B. Battaglia, Fla. Bar No.: 0058199
                                                    joe@brandonlawyer.com
                                                    THE GOLDEN LAW GROUP
                                                    808 Oakfield Drive, Suite A
                                                    Brandon, Florida   33511
                                                    Telephone:  (813) 413-8700
                                                    Facsimile:   (813) 413-8701
                                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of October 2011, a true and correct copy of the foregoing has been provided via CM/ECF, to those parties registered to receive such notice.

                                                    /s/ Joseph B. Battaglia
                                                    Joseph B. Battaglia, Fla. Bar No.: 0058199