UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA L. LIVINGSTON,

    Plaintiff,

v.                               CASE NO: 8:11-CV-325-T-27TBM

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's notice of voluntary dismissal with prejudice (Dkt. 15), which is construed as a motion for dismissal under Fed. R. Civ. P. 41(a)(2). Upon consideration, the motion is GRANTED, and this cause is DISMISSED WITH PREJUDICE. The Clerk is directed to CLOSE the file.

    **DONE AND ORDERED** this 24th day of October, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record